JOHN BRAGONJE (SBN 9519)
e-mail: JBragonje@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   702.949.8200
Fax:   702.949.8398

BENJAMIN STRUBY (*admitted pro hac vice*)
e-mail: benjamin.struby@lathropgpm.com
**LATHROP GPM LLP**
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Tel:   816.292.2000
Fax:   816.292.2001

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DUTCH BARN LLC DBA DUTCH BARN LANDSCAPING, an Illinois limited liability, Company; COURTNEY SCHILD, an individual; and THERESA SCHILD, an individual,<br><br>Defendants. | Civil Action No. 23-01132-JAD-NJK<br><br>**ORDER GRANTING MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>ECF No. 17 |

Plaintiff Aquatech Corporation d/b/a/ United Aqua Group moves for an order setting aside the Clerk's Default entered in this case on September 28, 2023 (ECF No. 12) and dismissing the present case without prejudice.

1. On September 28, 2023, the Clerk of Court entered default against Defendants Dutch Barn LLC d/b/a Dutch Barn Landscaping, Courtney Schild, and Theresa Schild

based on Defendants' failure to respond to the Verified Petition. [ECF No. 11].

2. On November 30, 2023, by minute order, the Court denied Aquatech's Motion for Default Judgment without prejudice to the filing of a renewed motion for default judgment with a specific calculation of its damages via admissible evidence. [ECF No. 14].

3. On December 29, 2023, by minute order, the Court granted Aquatech a 60-day extension of its time to file a renewed motion for default judgment against Defendants, to allow time for the parties to engage in non-judicial settlement:

4. Since that time, the parties have engaged in settlement discussions, have come to a resolution, and do not require further court action.

5. In light of the non-judicial settlement, Aquatech requests this Court set aside the Entry of Default, and dismiss the present action, without prejudice, with each party to bear their respective costs.

With good cause appearing, IT IS ORDERED that Plaintiff Aquatech Corporation d/b/a/ United Aqua Group's motion to set aside the Clerk's Entry of Default and Dismiss this Case Without Prejudice **[ECF No. 17] is granted; the entry of default [ECF No. 12] is set aside, and this case is DISMISSED** without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 20, 2024